Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of H.M., Respondent, v E.T., Appellant.

Submitted September 20, 2010; decided November 17, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from, affirming only Family Court's September 2007 order and leaving the matter pending for further judicial action, does not finally determine the proceeding within the meaning of the Constitution.

ALICE KRAMER, Respondent, v PHOENIX LIFE INSURANCE Co. et al., Defendants, and LIFEMARK S.A., Intervenor-Appellant. (And Third-Party Actions.)

Submitted August 30, 2010; decided November 17, 2010

Motion by intervenor-appellant Lifemark S.A. to strike portions of the brief of defendants Phoenix Life Insurance Co. and Lincoln Life & Annuity Co. of New York denied.

ALICE KRAMER, Respondent, v PHOENIX LIFE INSURANCE Co. et al., Defendants, and LIFEMARK S.A., Intervenor-Appellant. (And Third-Party Actions.)

Submitted September 7, 2010; decided November 17, 2010

Motion by respondent Alice Kramer to strike portions of the brief of defendants Phoenix Life Insurance Co. and Lincoln Life & Annuity Co. of New York denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALAA AGINA, Respondent.

Submitted November 1, 2010; decided November 17, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New